# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2024-0122, <u>Earl Shaffer v. KAB Realty Management, LLC</u>, the court on October 11, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The defendant, KAB Realty Management, LLC, appeals an order of the Circuit Court (<u>Gardner</u>, J.), issued following a hearing, finding the defendant in contempt of the court's prior final order requiring the defendant to immediately investigate and hire a professional exterminator to remediate a bed bug infestation. The defendant argues that the trial court plainly erred because the defendant complied with and did not willfully violate the court's prior order. As the appealing party, the defendant has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's orders, the defendant's challenges to them, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error and affirm the court's decision. <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**